FILED

2011 JUN 23 AM 10: 10

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 11-1404M |
| v. | |
| James J. Bulger | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: _Indictment_
in the _____ District of _Massachusetts_ on _10/23/2000_
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _1994_
in violation of Title _18_ U.S.C., Section(s) _1962, 1951, 1958_
to wit: _____

A warrant for defendant's arrest was issued by: _Mary Johnson Robbins_

Bond of $ _NO_ was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.
Sworn to before me, and subscribed in my presence on _6-23-11_, by
_____, Deputy Clerk.

1203

| _[signature]_ | Scott F. Garriola |
|---|---|
| Signature of Agent | Print Name of Agent |
| FBI-LA | Special Agent |
| Agency | Title |

CR-52 (05/98)      AFFIDAVIT RE OUT-OF-DISTRICT WARRANT